Action by William Sideris against the Almahar Construction Company. No opinion. Judgment and order affirmed, with costs.

---

SIEGEL, Respondent, v. SIEGEL, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Matie Vaughn Siegel against Henry Siegel. Mortimer Boyle, of New York City, for appellant. Nash Rockwood, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

SILVERSTEIN, Appellant, v. FISHER et al., Respondents. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by Leon Silverstein against Louis K. Fisher and others. E. A. Isaacs, of New York City, for appellant. S. I. Frankenstein, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 148 N. Y. Supp. 1144.

---

SILVERSTEIN v. FISHER et al. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by Leon Silverstein against Louis K. Fisher and others. No opinion. Judgment affirmed, with costs. Order filed. See, also, 148 N. Y. Supp. 1144.

---

In re SIMMONS et al., Board of Water Supply. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) In the matter of the application and petition of J. Edward Simmons and others, constituting the Board of Water Supply, etc., to acquire real estate, etc.; Kensico Reservoir, Section No. 4.

PER CURIAM. The exhaustive briefs and voluminous record have been critically examined. The award attached is at least fully compensatory to the appellant. It was not made upon an erroneous theory. There is no question of law to discuss, as this is not a proper case for the application of the rule in Matter of Board of Water Commissioners, 55 App. Div. 77, 66 N. Y. Supp. 1005. Order affirmed, with $10 costs and disbursements. See, also, 157 App. Div. 933, 142 N. Y. Supp. 1144.

JENKS, P. J., taking no part.

---

SIMMONS–BAKER CO., Respondent, v. DEVELOPMENT & BUILDING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by the Simmons-Baker Company against the Development & Building Company.

PER CURIAM. Judgment affirmed, with costs.

FOOTE, J., not sitting.

---

SINNOTT, Respondent, v. WARD BREAD CO., Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Louise Sinnott against the Ward Bread Company. R. H. Woody, of New York City, for appellant. C. I. Engel, of New York City,

for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 147 N. Y. Supp. 1142.

---

SKELLY et al., Appellants, v. MORAN, Respondent. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Joseph Skelly and another against John Moran. No opinion. Judgment affirmed, with costs.

---

SLEPIN v. BECK. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Morris Slepin against Maurice Beck. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. For opinion below, see 84 Misc. Rep. 254, 145 N. Y. Supp. 530.

---

SMITH, Appellant, v. RICHMOND LIGHT & R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Charles Smith, Jr., by Charles Smith, his guardian ad litem, against the Richmond Light & Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

SMITH, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Benjamin T. Smith against Howard Smith. No opinion. Judgment affirmed, with costs.

---

SNYDER, Respondent, v. BUFFALO & L. E. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Earl Snyder, an infant, etc., against the Buffalo & Lake Erie Traction Company. No opinion. Judgment and order affirmed, with costs.

---

SPACZYNSKI, Respondent, v. ISAAC G. JOHNSON & CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Alojzy Spaczynski, an infant, by Frank Gorski, his guardian ad litem, against Isaac G. Johnson & Co. No opinion. Judgment and order unanimously affirmed, with costs.

---

In re STATE ST. IN CITY OF ALBANY. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) In the matter of the acquisition of lands for the improvement of State Street, from Broadway to the pier, in which Alexander Friedlander, appeals. No opinion. Order unanimously affirmed, with costs.

---

In re STAUB et al. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) In the matter of the claim of Arcangela Staub and another, etc. No opinion. Motion denied, without costs.

---

STERN, Respondent, v. STERN, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Cora

Stern against David F. Stern. Howard S. Gans, of New York City, for appellant. Daniel P. Hays, of New York City, for respondent. No opinion. Order reversed and motion granted, without costs. Order filed. See, also, 148 N. Y. Supp. 1145.

STERN v. STERN. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Cora Stern against Davis F. Stern. Howard S. Gans, of New York City, for appellant. Daniel P. Hays, of New York City, for respondent. No opinion. On plaintiff's appeal, order affirmed, without costs. On defendant's appeal, order reversed, and motion granted without costs. Order filed. See, also, 148 N. Y. Supp. 1144.

STEVENS, Appellant, v. WEYGANDT, Respondent. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Anna Stevens against Frederick Weygandt.

PER CURIAM. Order reversed, with $10 costs and disbursements, and proceeding remitted to the Special Term, to fix a day when the defendant shall appear for examination under the order granted by Mr. Justice Kapper on May 9, 1914, which examination is limited to the negotiation and agreement under which the loan to plaintiff was made, and the actual amount of said loan, in which particular said order of Mr. Justice Kapper is hereby modified.

BURR and THOMAS, JJ., dissent

STEWART IRON WORKS CO. v. OCEAN VIEW CEMETERY et al. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by the Stewart Iron Works Company against the Ocean View Cemetery and others. W. G. Morse, of New York City, for appellants. H. H. Gibbs, of New York City, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendants to withdraw the demurrer and to answer on payment of costs in this court and in the court below. Order filed. See, also, 138 N. Y. Supp. 1144, 153 App. Div. 897.

STILLWELL, Appellant, v. BATEMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by William Stillwell against Caroline V. Bateman and others. No opinion. Judgment affirmed, with costs, upon the opinion of Mr. Justice Manning at Special Term. 83 Misc. Rep. 589, 145 N. Y. Supp. 321.

STRATTON, Respondent, v. STALLO, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by William D. Stratton against Edmund K. Stallo, impleaded with others. Rockwood & Haldane, of New York City, for appellant. H. B. Twombly, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. Order filed.

STRAUS, Appellant, v. SEIFTER et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Pauline Straus against Frederick Seifter and others.

PER CURIAM. The matter set up in the ninth paragraph of the complaint was simply evidentiary, and was stricken from the complaint properly. We think, however, that it was error to strike out the eleventh allegation of the complaint, as the matters there alleged were material and relevant to an action brought under section 2653a of the Code of Civil Procedure, as it then stood. Judgment and order reversed, and new trial granted; costs to abide the event.

STROBEL, Respondent, v. PIERCE, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Daniel F. Strobel against John Pierce.

PER CURIAM. Judgment reversed, and new trial granted before another referee, with costs to appellant to abide event, unless the plaintiff within 10 days stipulates to reduce, as of the date of the referee's report, the damages awarded for use of the plant to the sum of $2,500, and the damages by reason of the additional expense of the stone purchased of the Little Falls Company to the sum of $618.20, in which event the judgment is modified accordingly, and, as so modified, affirmed, without costs of this appeal to either party.

STUART, Appellant, v. NORTHRUP, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Melvina Stuart against Mrs. Gilbert Northrup. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 147 N. Y. Supp. 1144.

STUMM v. FICK. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Charles Stumm, as sole next of kin and executor, etc., of Lena Fick, deceased, against Christian Fick and another. No opinion. Judgment affirmed, with costs.

SUHR, Appellant, v. CONNOR, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Arthur Suhr, an infant, by Mary Suhr, his guardian ad litem, against Benjamin F. Connor. No opinion. Motion denied, on condition that appellant serve his proposed case on appeal by July 3, 1914, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

SULLIVAN v. McCUE CO. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Raymond J. Sullivan, an infant, etc., against the McCue Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.